IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-31287
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RYAN SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 99-CR-173-1-B

_____

August 23, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ryan Smith has moved for
leave to withdraw and has filed a brief in accordance with Anders
v. California, 386 U.S. 738 (1967). Smith was notified of
counsel's motion and brief, but he has not filed a response to
counsel's motion. Both counsel's brief and our independent review
of the record show that there are no nonfrivolous issues for
appeal. Consequently, counsel's motion for leave to withdraw is

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

D I S M I S S E D.